Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
Telephone:  (702) 420-7000
Facsimile:  (702) 420-7001
jbraster@nblawnv.com
bgordon@nblawnv.com

Attorneys for Defendant
Experian Information Solutions, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS DANIEL SAAVEDRA BINDER,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC<br>and EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:22-cv-00820-GMN-BNW<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>Complaint Filed:  5/24/2022 |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Luis Daniel Saavedra Binder ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed his Complaint on May 24, 2022.  (ECF No. 1.)  The first extension will allow Experian an opportunity to investigate the facts of this case and to avoid the incurrence of additional attorneys' fees when this matter may be resolved shortly, Plaintiff and Experian stipulate and agree that Experian shall have an extension until July 6, 2022, to file its responsive pleading.

This is Experian's first request for an extension of time to respond to the Complaint and is

not intended to cause any delay or prejudice any party, but to permit both Plaintiff and Experian

an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

DATED this 13th day of June, 2022.


NAYLOR & BRASTER                                PRICE LAW GROUP, APC


By: */s/ Jennifer L. Braster*                   By: */s/ Steven A. Alpert*
    Jennifer L. Braster                         Steven A. Alpert
    Nevada Bar No. 9982                          Nevada Bar No. 8353
    1050 Indigo Drive, Suite 200                5940 S. Rainbow Blvd., Suite 3014
    Las Vegas, NV 89145                         Las Vegas, NV 89118

*Attorneys for Defendant*                        *Attorneys for Plaintiff*
*Experian Information Solutions, Inc.*           *Luis Daniel Saavedra Binder*


<u>**ORDER**</u>

**IT IS SO ORDERED**

**DATED:** 12:08 pm, June 14, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**