SEYFARTH SHAW LLP
Jennifer R. Brooks (SBN 14480)
jrbrooks@seyfarth.com
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone:     (713) 225-2300
Facsimile:     (713) 225-2340

*Attorneys for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS DANIEL SAAVEDRA BINDER,<br><br>           Plaintiff,<br><br>     v.<br><br>EQUIFAX INFORMATION SERVICES, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>           Defendants. | Case No. 2:22-cv-00820-GMN-BNW<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from June 15, 2022 through and including **July 6, 2022**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

84057825v.1

1  DATED: June 14, 2022                          Respectfully submitted,

2                                                SEYFARTH SHAW LLP

3

4                                                By: */s/ Jennifer R. Brooks*
                                                     Jennifer R. Brooks
5                                                    700 Milam St., Suite 1400
                                                     Houston, TX 77002-2812
6                                                    Telephone: (713) 225-2300
                                                     Facsimile: (713) 225-2340
7                                                    Email: jrbrooks@seyfarth.com

8                                                *Attorneys for Defendant*
                                                 *Equifax Information Services LLC*
9

10  DATED: June 14, 2022                         Agreed & Consented to:

11                                               PRICE LAW GROUP, APC

12
                                                 By:/s/ Steven A. Alpert
13                                                   Steven A. Alpert, Esq.
                                                     PRICE LAW GROUP, APC
14                                                   5940 S. Rainbow Boulevard
                                                     Suite 3014
15                                                   Las Vegas, NV 89118
                                                     Tel: 702-794-2008
16                                                   Email: alpert@price lawgroup.com

17                                               Attorneys for Plaintiff

18

19
    IT IS SO ORDERED:
20

21  _____
    United States Magistrate Judge
22

23  DATED: __July 15, 2022__

24

25

26

27

28
                                            2
    STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION
                      SERVICES LLC TO FILE ANSWER - FIRST REQUEST
    84057825v.1

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 14, 2022, I presented the foregoing STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER - FIRST REQUEST with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                    By: /s/ *Jennifer R. Brooks*
                        Jennifer R. Brooks
                        *Attorney for Defendant*
                        *Equifax Information Services LLC*

84057825v.1